# CASE Number C-13-00822 LB   Request to participate in Court Hearings by Telephone

The Honorable Laurel Beeler, Magistrate Judge
United States District Court, Northern District of California
San Francisco Courthouse, Courtroom C – 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

To the Honorable Laurel Beeler:

I would like to request permission from the court to participate by telephone for the following hearings:

1. On 5/30/2013 for the Initial Case Conference for Civil Case Number C-13-00822 LB Manhattan Life Insurance Company (Plaintiff) vs. Pamela Benjamin and Rene Taylor (Defendants)

2. On 6/20/2013 regarding our (Pamela Benjamin and Rene Taylor) Defendants Motion to Strike Recovery of Legal Fees by Manhattan Life Insurance.

I live in Evergreen, Colorado and do not have the financial resources to attend the hearings in person. My sister, Rene Taylor, will also not be able to attend due to a recent fracture to her left hip and due to a lack of financial resources to travel from her home in Ellsworth, Illinois. Rene has requested that I represent both of us at the above hearings and will be sending a note giving her consent for me to be our representative by telephone.

Please feel free to contact me if you have any questions regarding this request.

Sincerely,

*Pamela K. Benjamin*

Defendant will make the necessary arrangements through CourtCall.

**Pamela K. Benjamin**   Dated: May 28, 2013
29644 Lee Road
Evergreen, CO 80439
303-670-6891

APPROVED
Judge Laurel Beeler