**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

**MANHATTAN LIFE INSURANCE COMPANY**,

     Plaintiff,                   No. C 13-0822 LB

     v.                         **ORDER OF CONDITIONAL DISMISSAL**

**DANIEL GARCIA, ET AL.**,

     Defendants.

_____/

Having been advised of a settlement, the Court orders that this case is dismissed without prejudice, with leave to reinstate on or before December 12, 2013, for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date. In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: September 27, 2013

_____

LAUREL BEELER

United States Chief Magistrate Judge