William D. Whiteman, SBN 100469
LAW OFFICES OF WILLIAM D. WHITEMAN
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone:   (415) 989-3300
Facsimile:   (415) 963-4131
Email:       wwhiteman@wdwlawoffices.com

Attorneys for Defendants
Pamela Benjamin and Rene Taylor

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MANHATTAN LIFE INS. CO. | No. C-13-0822LB |
| Plaintiff | SUPPLEMENTAL STIPULATION AND [PROPOSED] SUPPLEMENTAL ORDER DISTRIBUTING ADDITIONAL INTERPLED FUNDS |
| v. | |
| DANIEL GARCIA et al., | |
| Defendants. | |

Defendant Daniel Garcia, on the one hand, and Defendants Pamela Benjamin and Rene Taylor, on the other hand, stipulate and agree as follows:

WHEREAS, the Court entered an Order on October 10, 2013 concerning the distribution of $92,500 interpled in this case; and

WHEREAS, it was later determined that there were additional funds, over and above the amount covered by the October 10, 2013 Order, which also needed to be distributed; and

WHEREAS those additional funds include the amount of $2,128.67 as well as accrued interest, both of which need to be distributed,

1  NOW THEREFORE, THE DEFENDANTS STIPULATE AS FOLLOWS:

2  1. That the Court shall order the Clerk to promptly issue payment of 62.162% of the
3  additional funds (including $2,128.67 plus accrued interest) on behalf of Defendant Daniel
4  Garcia payable to the trust account of his attorneys of record, Geary, Shea, O'Donnel, Grattan &
5  Mitchell, P.C.

6  2. That the Court shall order the Clerk to promptly issue payment of 37.838% of the
7  additional funds (including $2,128.67 plus accrued interest) on behalf of Defendants Pamela
8  Benjamin and Rene Taylor, jointly, payable to the trust account of their attorneys of record, Law
9  Offices of William D. Whiteman.

10
11  IT IS SO STIPULATED:

12                                          **Law Offices of William D. Whiteman**
13  Dated: October 25, 2013          BY:_____/s/_____
14                                          **William D. Whiteman**
                                        **Attorneys for Defendants**
15                                      **Benjamin and Taylor**

16
17                                          **Geary, Shea, O'Donnel, Grattan & Mitchell, P.C.**
18  Dated: October 25, 2013          BY:_____/s/_____
19                                          **Raymond J. Fullerton**
                                        **Attorneys for Defendant Garcia**
20
21                          **ATTESTATION OF E-FILED SIGNATURE**

22     I, William D.Whiteman, am the ECF user whose ID and password are being used to file
    this Stipulation and [Proposed] Order Distributing Interpled Funds.  In compliance with Local
23  Rule 5-1(i)(3) I hereby attest that Raymond J. Fullerton, attorney for Defendant Daniel Garcia,
    has concurred in this filing.
24
25                                          **Law Offices of William D. Whiteman**
26  **Dated: October 25, 2013**      BY:_____/s/_____
                                        **William D. Whiteman**
27                                      **Attorneys for Defendants**
                                        **Benjamin and Taylor**
28

SUPPLEMENTAL  STIPULATION AND [PROPOSED] SUPPLEMENTAL ORDER
DISTRIBUTING ADDITIONAL INTERPLED FUNDS                                  - 2 -

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Defendants herein, IT IS HEREBY ORDERED that the Clerk of Court shall disburse the sum of (1) the $2,128.67 balance of the funds interpled in this case, plus (2) any accrued interest, and shall issue checks as follows:

1.  A check in the sum of 62.162% of said sum on behalf of Defendant Daniel Garcia payable to "Geary, Shea, O'Donnel, Grattan & Mitchell, P.C. Trust Account" and mailed to Garcia's attorney of record Raymond J. Fullerton, Jr. at said firm located at 37 Old Courthouse Square, Fourth Floor, Santa Rosa, CA 95404.

2.  A check in the sum of 37.838% of said sum on behalf of Defendants Pamela Benjamin and Rene Taylor, jointly, payable to "Law Offices of William D. Whiteman Trust Account" and mailed to Benjamin's and Taylor's attorney of record William D. Whiteman at said firm located at 4 Embarcadero Center, 17th Floor, San Francisco, CA 94111.

3.  Said checks shall be mailed within thirty (30) days of the date of this Order.

**IT IS SO ORDERED.**

Dated: October 30, 2013

THE HONORABLE LAUREL BEELER
United States Magistrate Judge

SUPPLEMENTAL STIPULATION AND [PROPOSED] SUPPLEMENTAL ORDER
DISTRIBUTING ADDITIONAL INTERPLED FUNDS                                    - 3 -